UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHANE LARANGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:15-CV-352-PLR-CCS ) |
| JASON WOLFE, | ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter is before the court on two Reports and Recommendations filed by United States Magistrate Judge, C. Clifford Shirley [R. 12, 18]. There have been no timely objections to the Reports and Recommendations, and enough time has passed since the filing of the Reports and Recommendations to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with Magistrate Judge Shirley's recommendations. Accordingly, the Court **ACCEPTS IN WHOLE** the Reports and Recommendations under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Reports and Recommendations, which the Court adopts and incorporates into its ruling that:

1. Default judgment is entered against defendant Jason Wolfe, finding in favor of plaintiff Shane Larango on plaintiff's claims for violation of the Lanham Act, 15

U.S.C. § 1951, *et seq;* violation of the Tennessee Consumer Protection Act, Tenn. Code Ann. § 47-18-10, *et seq*; breach of contract and fraud.

2. Plaintiff Shane Larango shall recover from defendant Jason Wolfe the sum of $88,324.32, plus reasonable attorney's fees and costs, and post judgment interest.

3. Counsel's Financial Affidavit [R. 19] is referred to the Honorable C. Clifford Shirley, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, for disposition or for a report and recommendation as may be appropriate.

Enter:

_____
UNITED STATES DISTRICT JUDGE