UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHANE LARANGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-352-PLR-DCP |
| | ) | |
| JASON WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion for Contempt [Doc. 44]. By way of background, on July 19, 2018, the Court issued an Order [Doc. 47], instructing Defendant to appear before the undersigned on July 30, 2018, for a hearing on Plaintiff's Motion. On July 30, 2018, the parties appeared before the Court. Attorney James Friauf appeared on behalf of Plaintiff. Defendant Jason Wolfe appeared pro se. During the July 30 hearing, Defendant Wolfe indicated that he would like to attempt to settle this case, and he requested additional time to retain counsel in this matter. The Court continued this matter to August 8, 2018, so that Defendant could retain counsel.

On August 7, 2018, Attorney J. Michael Clement entered a Notice of Appearance [Doc. 50] on behalf of Defendant. The Notice of Appearance states that Defendant intends to file a motion to set aside the default judgment. In addition, Defendant filed a Response [Doc. 51] to Plaintiff's Motion for Contempt, and Plaintiff filed a Reply [Doc. 52].

The parties appeared before the Court on August 8, 2018, for a status conference. Attorney Friauf appeared on behalf of Plaintiff. Attorney Clement appeared on behalf of Defendant. During the hearing, Defendant stated that he had spoken to Plaintiff about a resolution of this matter. The Court proposed that Plaintiff's Motion for Contempt [Doc. 44] be denied with leave to refile and that the parties continue to engage in settlement discussions. The Court further proposed that if such discussions are not successful in resolving this matter, the parties could engage in motion practice. No party objected to the Court's proposal. Accordingly, Plaintiff's Motion for Contempt [**Doc. 44**] is **DENIED WITHOUT PREJUDICE.** If the parties are able to resolve this matter, they shall inform the Court immediately. If the parties are not able to resolve the matter, the Court **ORDERS** as follows:

1. All motions in this case shall be filed on or before **September 17, 2018**;

2. Responses to motions shall be filed on or before **October 1, 2018;**

3. Any reply briefs shall be filed on or before **October 9, 2018**; and

4. The parties shall appear before the undersigned on **October 16, 2018, at 1:30 p.m.**, to address all pending motions.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge